IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOYLE R. HAM, JR. | * |
| Plaintiff | * |
| v. | *   CIVIL NO. JKB-13-3501 |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.* | * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

The Court has carefully reviewed the Complaint (ECF No. 1), the Defendants' Motion to Dismiss (ECF No. 26) together with their Supplemental Memorandum (ECF No. 26-1), and the Plaintiff's "reply" (ECF No. 28) which the Court treats as the Plaintiff's response to the Motion to Dismiss. The Defendants have not filed a reply.

The Court has addressed and disposed of many of the issues raised here in proceedings brought by this Plaintiff under other case numbers (see, *e.g.*, JKB-13-1728; JKB-13-1761, judgment affirmed in the Court of Appeals, 14-1146, July 9, 2014).

For the reasons set out in the Defendant's Memorandum in Support of their Motion to Dismiss (ECF No. 26-1), which the Court now adopts as its own reasoning, the Motion to Dismiss is GRANTED. A separate order will issue.

DATED this  10  day of July, 2014.

BY THE COURT:

_____
James K. Bredar